UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GFI GROUP INC.<br><br>             Plaintiff,<br><br>     v.<br><br>DOES 1-10,<br><br>             Defendants. | Case No.  3:12-cv-1749-MEJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF GFI GROUP INC.'S *EX PARTE* APPLICATION TO TAKE IMMEDIATE DISCOVERY |

THIS MATTER having come before the Court on Plaintiff GFI Group Inc.'s *Ex Parte* Application to Take Immediate Discovery, and the Court having considered the pleadings and matters on file, it is hereby ORDERED that Plaintiff's motion is GRANTED.

GFI Group Inc. ("GFI") is hereby authorized to conduct third party discovery by issuing subpoenas to and conducting depositions of third parties for the purpose of determining the identities of Does 1-10 in this matter.  GFI's authorization in this respect includes the authorization to issue subpoenas to third parties it has identified through public records, as well as follow-up subpoenas to third parties it identifies based on production it receives in response to its initial subpoenas.

This Order authorizes any cable provider to whom GFI properly issues a subpoena for information related to the Defendants to disclose personal information of its customers pursuant

1  to 47 U.S.C. § 551.

2      GFI's authority to issue third party subpoenas pursuant to this Order shall expire at the

3  close of business 90 days from the filing date of this Order.

4  **IT IS SO ORDERED.**

5  Dated: April 23, 2012

7  _____
Maria-Elena James

8  United States Chief Magistrate Judge