1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

12  GFI GROUP INC.                    Case No.  3:12-cv-1749-MEJ

13              Plaintiff,            [~~PROPOSED~~] ORDER GRANTING
                                      PLAINTIFF GFI GROUP INC.'S *EX*
14       v.                           *PARTE* APPLICATION TO TAKE
                                      IMMEDIATE DISCOVERY
15  DOES 1-10,

16              Defendants.

17

18       THIS MATTER having come before the Court on Plaintiff GFI Group Inc.'s *Ex Parte*

19  Application to Take Immediate Discovery, and the Court having considered the pleadings and

20  matters on file, it is hereby ORDERED that Plaintiff's motion is GRANTED.

21       GFI Group Inc. ("GFI") is hereby authorized to conduct third party discovery by issuing

22  subpoenas to and conducting depositions of third parties for the purpose of determining the

23  identities of Does 1-10 in this matter.  GFI's authorization in this respect includes the

24  authorization to issue subpoenas to third parties it has identified through public records, as well as

25  follow-up subpoenas to third parties it identifies based on production it receives in response to its

26  initial subpoenas.

27       This Order authorizes any cable provider to whom GFI properly issues a subpoena for

28  information related to the Defendants to disclose personal information of its customers pursuant

1  to 47 U.S.C. § 551.

2      GFI's authority to issue third party subpoenas pursuant to this Order shall expire at the
3  close of business 90 days from the filing date of this Order.

4  **IT IS SO ORDERED.**

5  Dated: April 23, 2012

7  _____
   Maria-Elena James
8     United States Chief Magistrate Judge