UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GFI GROUP INC.<br><br>  Plaintiff,<br><br>  v.<br><br>DOES 1-10,<br><br>  Defendants. | Case No. 3:12-cv-1749-MEJ<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF GFI GROUP INC.'S ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL DECLARATION OF MIMI K. RUPP IN SUPPORT OF GFI'S REQUEST FOR CERTAIN SECTIONS IN ITS COMPLAINT TO BE FILED UNDER SEAL |

Plaintiff GFI Group Inc.'s Administrative Motion to File Under Seal Supplemental Declaration of Mimi K. Rupp in Support of GFI's Request for Certain Sections in its Complaint to be filed under seal. The Court, having considered all the premises, including the papers and evidence submitted by Plaintiff, and for good cause shown, ORDERS as follows:

Plaintiff GFI Group Inc.'s Administrative Motion to File Under Seal Supplemental Declaration of Mimi K. Rupp in Support of GFI's Request for Certain Sections in its Complaint to be filed Under Seal is GRANTED.

1   **IT IS SO ORDERED.**

2   Dated: April 26, 2012

Maria-Elena James
United States Chief Magistrate Judge