IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GFI GROUP INC.,

        Plaintiff,

  v.

DOES 1-10,

        Defendant.

CASE NO. 3:12-cv-01749-MEJ

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michelle Mancino Marsh, whose business address and telephone number is Kenyon & Kenyon LLP, One Broadway, New York, NY 10004-1007 Tel: (212) 425-7200 and who is an active member in good standing of the bar of U.S. Supreme Court, Fed. Cir. Court of Appeals, U.S. Court of Appeals 2nd Cir. New Jersey, New York, U.S. District Court of E.D.N.Y., and S.D.N.Y. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing GFI GROUP INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:    April 26, 2012



Judge Maria-Elena James