IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GFI GROUP INC.,

    Plaintiff,

v.

DOES 1-10,

    Defendant.

CASE NO. 3:12-cv-01749-MEJ

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mimi K. Rupp, whose business address and telephone number is Kenyon & Kenyon LLP, 1801 Page Mill Road, Suite 210, Palo Alto, CA 94304-1216 Tel: (650) 384-4700

and who is an active member in good standing of the bar of New York, U.S. District Court of E.D.N.Y., and S.D.N.Y. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing GFI GROUP INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 26, 2012



Judge Maria-Elena James